U.S. Department of Justice
United States Attorney

Case 1:05-cr-00254-RLV-AJB   Document 6   Filed 07/12/05   Page 1 of 1

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 1 2 2005

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

DIVISION ATLANTA
(USAO 2005R00730)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

COUNTY NAME: FULTON

DISTRICT COURT NO. 1:05-CR-254-3

MAGISTRATE CASE NO. _____

__X__ Indictment     ___ Information     ___ Magistrate's Complaint

DATE: JULY 12, 2005     DATE:     DATE:

| UNITED STATES OF AMERICA vs. **IVAN DEJESUS CHAPA** a/k/a "Taliban" | SUPERSEDING INDICTMENT Prior Case No. & Date Filed |
|---|---|

VIOLATION:

COUNTS CHARGED:
(as to deft)

TOTAL COUNTS:
(as to deft)

GREATER OFFENSE CHARGED:
__X__ Felony     ___ Misdemeanor

DEFENDANT:

IS NOT IN CUSTODY:

1. __X__ Has not been arrested pending outcome of this proceeding.
       If not detained, give date any prior summons was served on above charges _____
2. ___ Fugitive.
3. ___ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
       Or if arresting agency & warrant were not Federal: _____

DATE TRANSFERRED TO U.S. CUSTODY: _____
       Are there any outstanding warrants in this proceeding __ Yes __ No
       Date: _____   Issued by: _____

IS IN CUSTODY:

4. ___ On this charge.
5. ___ On another conviction.
6. ___ Awaiting trial on other charges __ Yes __ No
       ___ Federal   ___ State
       If Yes, show name of institution _____
       Has detainer been filed __ Yes   __ No
       If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____<br>JUDGE:<br>A.U.S.A.: RICHARD A. RICE, JR.<br>DEFT'S ATTY: |
|---|---|

cc:  Orig - Court file
     Copy - U.S. ATTORNEY
     Copy - Defense Attorney

DAVID E. NAHMIAS
UNITED STATES ATTORNEY
BY: RICHARD A. RICE, JR.
Assistant United States Attorney

DATE: JULY 12, 2005