IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| v.  : | CRIMINAL ACTION |
| : | NO. 1:05-CR-254 |
| IVAN DEJESUS CHAPA  : | |

## MOTION TO WITHDRAW

COMES NOW, Jeffrey H. Brickman, trial attorney for Defendant in the above-styled case, and files this, his Motion to Withdraw.

The undersigned has completed his representation of Defendant by completing the sentencing phase of his trial and assisting Defendant with the filing of his Notice of Appeal, which was filed October 22, 2008.

Therefore, counsel requests to be allowed to withdraw from the above-styled case to allow Defendant to proceed as a Pro Se Defendant until such time as Defendant hires or is appointed an attorney to assist him in the appellate process.

- 2 -

Respectfully submitted, this 28th day of October, 2008.

/s/ Jeffrey H. Brickman
Jeffrey H. Brickman
brickmanj@ballardspahr.com
Georgia Bar No. 080432
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
Suite 1000
999 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:  (678) 420-9382
Facsimile:  (404) 879-9704

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 1:05-CR-254 |
| IVAN DEJESUS CHAPA | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2008, I electronically filed the aforementioned **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Cassandra Schansman
Cassandra.schansman@usdoj.gov


/s/ Jeffrey H. Brickman
Jeffrey H. Brickman
brickmanj@ballardspahr.com

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| : | |
| v. : | CRIMINAL ACTION |
| : | NO. 1:05-CR-254 |
| IVAN DEJESUS CHAPA : | |

**O R D E R**

PENDING before this Court is a Motion to Withdraw filed by Jeffrey H. Brickman, counsel for Defendant.  The Court hereby GRANTS the Motion to Withdraw.

SO ORDERED, this _____ day of _____, 2008.

_____
JACK T. CAMP
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s/ Jeffrey H. Brickman
Jeffrey H. Brickman
brickmanj@ballardspahr.com
Georgia Bar No. 080432
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
Suite 1000
999 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:  (678) 420-9382
Facsimile:  (404) 879-9704