IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 0 8 2009
THOMAS K. KAHN
CLERK

08-16176-JJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

IVAN DEJESUS CHAPA,
a.k.a. Taliban,

Defendant-Appellant.

-------------------------
On Appeal from the United States District Court for the
Northern District of Georgia
-------------------------

BEFORE: BIRCH, HULL, and ANDERSON, Circuit Judges.

BY THE COURT:

Appellant's motion for leave to file out of time his untimely response to the Government's motion to dismiss is GRANTED.

The Government's motion to dismiss this appeal pursuant to the valid and enforceable sentence appeal waiver in Appellant's plea agreement is GRANTED.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia