FILED IN CHAMBER
U.S.D.C. Rome

JUL 12 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| IVAN DEJESUS CHAPA, | NO. 1:05-CR-254-3 |
| Defendant-Movant. | |

## ORDER

After carefully considering the report and recommendation of the magistrate judge, together with the objections thereto, the court receives it with approval and adopts it as the opinion and order of this court. Pursuant to that recommendation, the court hereby issues a certificate of appealability on the issue of whether Padilla v. Kentucky, ___U.S.___, 130 S.Ct. 1473 (2011), announced a new rule of criminal procedure that is retroactively applicable to cases on collateral review.

SO ORDERED, this 12TH day of July, 2011.

_____
ROBERT L. VINING, JR.
Senior United States District Judge