UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 24 2011

JAMES N. HATTEN, CLERK
By: S. Brannon, Deputy Clerk

IVAN CHAPA
Plaintiff/Petitioner,   CASE # 1:05-CR-254-3-RLV

v.

_____
Defendant/Respondent.

: AFFIDAVIT IN SUPPORT OF
: REQUEST TO PROCEED
: IN FORMA PAUPERIS; AUTHORIZED
: WITHDRAWAL FORM; CERTIFIED
: AFFIDAVIT OF INMATE ACCOUNT
: STATUS.

### AFFIDAVIT AND AUTHORIZATION
### FOR WITHDRAWAL FROM INMATE ACCOUNT

I, IVAN CHAPA, being first duly sworn or under penalty of perjury, affirm and say that I am the plaintiff/petitioner in the above-styled action; that in support of my motion to proceed without prepayment of fees or costs or give security therefor pursuant to Title 28 U.S.C. § 1915 (a)(1), I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor.

I further swear or affirm that the responses which I have made to the questions below are true.

1. Are you presently employed? Yes (✓)  No ( )
   a. If employed, state the amount of your salary or wages per month and give the address of your employer. McRAE CORRECTIONAL FACILITY P.O. DRAWER 30, McRAE, GA. 31055 — EARNINGS = $42.00 A MONTH

   b. If you are not currently employed, state the date of your last employment and the amount of salary or wages received. _____

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or self-employment?      Yes( )  No(✓)
   b. Rent payments, interest or dividends?         Yes( )  No(✓)
   c. Pensions, annuities or life insurance?        Yes( )  No(✓)
   d. Gifts or inheritances?                        Yes(✓)  No( )
   e. Any other source?                             Yes( )  No(✓)

   If you answered yes to any of the above, describe each source and state the amount received from each. MY MOTHER, AND FRIENDS, ABOUT 200= DLLS A MONTH FOR THE PAST 6 MONTHS.

3. Do you own any cash, or do you have money in a checking or savings account? (Include funds in prison account.)
   Yes (✓)  No ( ) If the answer is yes, state the total value of items owned.
   I HAVE $28.00 IN MY PRISION ACCOUNT.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furniture and clothing?
Yes ( )   No (X)    If the answer is yes, describe the property and state its approximate value.

_____
_____
_____
_____

5. List the persons who are dependent upon you for support, state your relationship to each person, and indicate how much you contribute toward their support.

_____
_____
_____
_____

## AUTHORIZATION FOR ACCOUNT WITHDRAWAL

I hereby authorize my custodian and his/her designee to withdraw funds from my inmate account and to transmit the same to the Clerk, United States District Court to be applied to the filing fee which I am required to pay in connection with this case. This authorization shall apply to any institution in which I am or may be confined.

Executed this 22 day of August, 19 2011

_____
Signature of Plaintiff/Petitioner

**PLAINTIFF/PETITIONER IS REQUIRED TO SUBMIT WITH THIS AFFIDAVIT AND AUTHORIZATION A CERTIFIED COPY OF HIS/HER INMATE ACCOUNT STATEMENT FOR THE SIX MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THIS COMPLAINT.**

## CERTIFICATE

I hereby certify that the plaintiff/petitioner herein has a current balance of $ 28.62 in his/her inmate account at the McRae Correctional Facility Institution. Plaintiff has an average monthly balance for the preceding six months of $ 57.96, and the average monthly deposits to said account for the preceding six months are $ 216.13. I further certify that plaintiff has the following assets to his/her credit according to the records of this institution: 0

8-18-11
Date _____

_____
Authorized Officer of Institution

STEPHANIE PEACOCK
Notary Public, Georgia
Dodge County
My Commission Expires
January 10, 2014

2

☆ U.S. GOVERNMENT PRINTING OFFICE: 1977 - 536-855/90925

# MCRAE CORRECTIONAL FACILITY

## ACCOUNT STATEMENT from 2/22/2011 to 8/22/2011

**CHAPA, IVAN DEJESUS**

Agency #: 49858179

CCA #: 1280801

HOUSING: G/03/222/L

| | |
|---|---|
| **Account 1:** | $ 28.62 |
| Escrow Account: | $ 0.00 |
| Cost Recovery Owed: | $ 0.00 |

Current Balance Information

### Account 1 Transactions

| Transaction Date | From | Transaction Code | | Amount | Balance | Note |
|---|---|---|---|---|---|---|
| BALANCE AT BEGINNING OF DATE RANGE - | | | | | 10.09 | |
| 02/23/2011 | | PT | Withdrawal | -3.00 | 7.09 | PHONE TIME |
| 02/28/2011 @ 02/25/2011 | | MO | Deposit | 200.00 | 207.09 | TERESA GUAJARDO |
| 03/01/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -130.25 | 76.84 | COMMISSARY SUMMARY POSTING |
| 03/01/2011 | | PT | Withdrawal | -5.00 | 71.84 | PHONE TIME |
| 03/02/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -4.00 | 67.84 | COMMISSARY SUMMARY POSTING |
| 03/04/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -66.00 | 1.84 | COMMISSARY SUMMARY POSTING |
| 03/08/2011 | | WU | Deposit | 200.00 | 201.84 | LUIS CHAPA |
| 03/08/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -61.70 | 140.14 | COMMISSARY SUMMARY POSTING |
| 03/08/2011 | | JN | Deposit | 15.96 | 156.10 | FEBRUARY WAGES |
| 03/09/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -5.25 | 150.85 | COMMISSARY SUMMARY POSTING |
| 03/16/2011 | | PO | Withdrawal | -26.00 | 124.85 | POSTAGE |
| 03/16/2011 | | PT | Withdrawal | -10.00 | 114.85 | PHONE TIME |
| 03/22/2011 | | PT | Withdrawal | -2.00 | 112.85 | PHONE TIME |
| 03/23/2011 | | PT | Withdrawal | -2.00 | 110.85 | PHONE TIME |
| 03/25/2011 | | PT | Withdrawal | -2.00 | 108.85 | PHONE TIME |
| 04/04/2011 | | PT | Withdrawal | -2.00 | 106.85 | PHONE TIME |
| 04/05/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -96.03 | 10.82 | COMMISSARY SUMMARY POSTING |
| 04/06/2011 | COMMISSARY REVERSAL | CRV | Withdrawal | 7.40 | 18.22 | COMMISSARY SUMMARY REVERSA |

INMATE ACCOUNT SUMMARY          *indicates transaction reversed          Page 1 of 3

@indicates transaction backdated

| Date | Description | Type | Trans | Amount | Balance | Note |
|---|---|---|---|---:|---:|---|
| 04/06/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -5.90 | 12.32 | COMMISSARY SUMMARY POSTING |
| 04/08/2011 | | PT | Withdrawal | -10.00 | 2.32 | PHONE TIME |
| 04/08/2011 | | JN | Deposit | 9.60 | 11.92 | MARCH WAGES |
| 04/12/2011 | | WU | Deposit | 200.00 | 211.92 | LUIS CHAPA |
| 04/12/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -93.83 | 118.09 | COMMISSARY SUMMARY POSTING |
| 04/13/2011 | | PT | Withdrawal | -2.00 | 116.09 | PHONE TIME |
| 04/18/2011 | | PT | Withdrawal | -3.00 | 113.09 | PHONE TIME |
| 04/19/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -53.20 | 59.89 | COMMISSARY SUMMARY POSTING |
| 04/20/2011 | | OT | Withdrawal | -5.75 | 54.14 | OTC MEDS |
| 04/20/2011 | COMMISSARY PURCHASE | CO | Withdrawal | 0.00 | 54.14 | COMMISSARY SUMMARY POSTING |
| 04/20/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -14.68 | 39.46 | COMMISSARY SUMMARY POSTING |
| 04/26/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -31.68 | 7.78 | COMMISSARY SUMMARY POSTING |
| 05/03/2011 | | PT | Withdrawal | -5.00 | 2.78 | PHONE TIME |
| 05/09/2011 | | JN | Deposit | 17.64 | 20.42 | April wages |
| 05/10/2011 @ 05/09/2011 | | MO | Deposit | 100.00 | 120.42 | Evelia Chapa |
| 05/11/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -89.63 | 30.79 | COMMISSARY SUMMARY POSTING |
| 05/18/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -27.28 | 3.51 | COMMISSARY SUMMARY POSTING |
| 05/20/2011 | COMMISSARY REVERSAL | CRV | Withdrawal | 27.28 | 30.79 | COMMISSARY SUMMARY REVERSA |
| 05/27/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -10.70 | 20.09 | COMMISSARY SUMMARY POSTING |
| 06/07/2011 | | JN | Deposit | 9.24 | 29.33 | MAY WAGES |
| 06/08/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -17.10 | 12.23 | COMMISSARY SUMMARY POSTING |
| 06/10/2011 | | MO | Deposit | 100.00 | 112.23 | Evelia Chapa |
| 06/15/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -91.58 | 20.65 | COMMISSARY SUMMARY POSTING |
| 06/16/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -17.90 | 2.75 | COMMISSARY SUMMARY POSTING |
| 07/06/2011 | | WU | Deposit | 100.00 | 102.75 | ADELINA CORTEZ |
| 07/06/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -97.48 | 5.27 | COMMISSARY SUMMARY POSTING |
| 07/07/2011 | | JN | Deposit | 7.56 | 12.83 | JUNE WAGES |
| 07/11/2011 @ 07/08/2011 | | MO | Deposit | 120.00 | 132.83 | Evelia Chapa |

## MCRAE CORRECTIONAL FACILITY

### ACCOUNT STATEMENT from 2/22/2011 to 8/22/2011

| Date | Description | Code | Type | Amount | Balance | Note |
|---|---|---|---|---|---|---|
| 07/13/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -131.63 | 1.20 | COMMISSARY SUMMARY POSTING |
| 08/08/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -1.00 | 0.20 | COMMISSARY SUMMARY POSTING |
| 08/09/2011 | | JN | Deposit | 4.20 | 4.40 | JULY WAGES |
| 08/10/2011 | | WU | Deposit | 200.00 | 204.40 | ADELINA CORTEZ |
| 08/10/2011 | COMMISSARY REVERSAL | CRV | Withdrawal | 1.00 | 205.40 | COMMISSARY SUMMARY REVERSA |
| 08/10/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -176.78 | 28.62 | COMMISSARY SUMMARY POSTING |

**SUMMARY OF TRANSACTIONS**    18.53

28.62  Ending Balance