**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 07, 2011

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 11-13722-B
Case Style: Ivan Chapa v. USA
District Court Docket No: 1:10-cv-01885-RLV-AJB
Secondary Case Number: 1:05-cr-00254-RLV-AJB-3

Enclosed for filing in your court is APPELLANT'S MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS which was received by our court on August 31, 2011.

This document should be filed in your court. Please advise our office when your court has ruled on this motion by sending an up-to-date copy of your docket sheet, and a certified copy of the order of your court.

Please acknowledge receipt of this motion on the enclosed copy of this letter.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Melanie Gaddis, B
Phone #: (404) 335-6187

MP-1

If you decide to file this form
Please send it to:

# THE UNITED STATES DISTRICT COURT

**If you are incarcerated:**
You must attach a statement of your prison account which has been certified by the appropriate institutional officer showing all receipts and balances during the last 6 months
**This form is required for submission**

Form 4.    **Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP - 9 2011

JAMES N. HATTEN, CLERK
By:  Deputy Clerk

United States District Court for the __NORTHERN__ District of __GEORGIA__

A. B., Plaintiff

v.                                                                 Case No. 1:05-CR-254-RLV-AJB-3

C. D., Defendant.

**Instructions:** Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0,", "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: 8-29-11      Signed: [signature]

My issues on appeal are:

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $ 4.80 | $ N/A | $ 4.80 | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interests and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ 200.00 | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as Social Security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as Social Security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): | $ N/A | $ N/A | $ N/A | $ N/A |
| **Total monthly income:** | $ 200.00 | $ | $ N/A | $ |

2. List your employment history, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| McRAE, CORRECTIONAL | P.O Box 30 McRAE, GA 31055 | | 4.80 |

3. List your spouse's employment history, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| | | | |
|---|---|---|---|
| N/A | | | |

4. How much cash do you and your spouse have? $ 26.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ NONE | $ N/A |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| NONE | NONE | Make & Year: NONE  Model:  Registration #: |

| Other Assets (Value) | Other Assets (Value) | Motor Vehicle #2 (Value) |
|---|---|---|
| NONE | NONE | Make & Year: NONE  Model:  Registration #: |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | NONE | NONE |

7. *State the persons who rely on your or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| NONE | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $ NONE | $ N/A |
| Are real-estate taxes included?  ☐ Yes  ☐ No | $ NONE | $ N/A |
| Is property insurance included?  ☐ Yes  ☐ No | $ NONE | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ NONE | $ N/A |
| Home maintenance (repairs and upkeep) | $ NONE | $ N/A |
| Food | $ 100 | $ N/A |
| Clothing | $ 100 | $ N/A |
| Laundry and dry-cleaning | $ NONE | $ N/A |
| Medical and dental expenses | $ NONE | $ N/A |
| Transportation (not including motor vehicle payments) | $ NONE | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ NONE | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ NONE | $ N/A |
| Homeowner's or renter's | $ NONE | $ N/A |
| Life | $ NONE | $ N/A |
| Health | $ NONE | $ N/A |
| Motor Vehicle | $ NONE | $ N/A |
| Other: _____ | $ NONE | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ NONE | $ N/A |
| Installment payments | $ NONE | $ N/A |
| Motor Vehicle | $ NONE | $ N/A |
| Credit card (name): _____ | $ NONE | $ N/A |
| Department store (name): _____ | $ NONE | $ N/A |
| Other: _____ | $ NONE | $ N/A |
| Alimony, maintenance, and support paid to others | $ NONE | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ NONE | $ ↓ |
| Other (specify): _____ | $ NONE | $ |
| **Total monthly expenses** | $ NONE | $ |

12/06                                    179                                    Form 4

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes  ☑ No       If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?

    ☐ Yes  ☑ No       If yes, how much: $ _____

    If yes, state the attorney's name, address, and telephone number:

    _____
    _____
    _____

11. Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes  ☑ No       If yes, how much? $ _____

    If yes, state the person's name, address, and telephone number:

    _____
    _____
    _____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

    I'VE BEEN INCARCERATED FOR 6 YEARS, HOWEVER I AM WILLING TO PAY THROUGH THE PRISION PAYMENT METHOD.

13. State the address of your legal residence.
    P.O. BOX 30 McRAE, GA. 31055

    Your daytime phone number: (    )
    Your age: 29           Your years of schooling: G.E.D.
    Your Social Security number: 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

(As amended Apr. 24, 1998, eff. Dec. 1, 1998.)

# MCRAE CORRECTIONAL FACILITY

Print Date: 8/16/2011
Print Time: 2:06:54PM

## ACCOUNT STATEMENT from 2/1/2011 to 8/16/2011

**CHAPA, IVAN DEJESUS**

Agency #:  49858179
CCA #:     1280801
HOUSING:   G/03/222/L

| | |
|---|---|
| **Account 1:** | $ 28.62 |
| Escrow Account: | $ 0.00 |
| Cost Recovery Owed: | $ 0.00 |
| Current Balance Information | |

### Account 1 Transactions

| Transaction Date | From | Transaction Code | | Amount | Balance | Note |
|---|---|---|---|---|---|---|
| BALANCE AT BEGINNING OF DATE RANGE - | | | | | 18.94 | |
| 02/03/2011 | | PT | Withdrawal | -5.00 | 13.94 | PHONE TIME |
| 02/09/2011 | | PT | Withdrawal | -5.00 | 8.94 | PHONE TIME |
| 02/10/2011 | | JN | Deposit | 16.80 | 25.74 | JANUARY WAGES |
| 02/11/2011 @ 02/10/2011 | | MO | Deposit | 200.00 | 225.74 | Evelia Chapa |
| 02/15/2011 COMMISSARY PURCHASE | | CO | Withdrawal | -192.20 | 33.54 | COMMISSARY SUMMARY POS |
| 02/16/2011 COMMISSARY PURCHASE | | CO | Withdrawal | -11.25 | 22.29 | COMMISSARY SUMMARY POS |
| 02/16/2011 | | PT | Withdrawal | -3.00 | 19.29 | PHONE TIME |
| 02/18/2011 | | PT | Withdrawal | -3.00 | 16.29 | PHONE TIME |
| 02/18/2011 COMMISSARY PURCHASE | | CO | Withdrawal | -6.20 | 10.09 | COMMISSARY SUMMARY POS |
| 02/23/2011 | | PT | Withdrawal | -3.00 | 7.09 | PHONE TIME |
| 02/28/2011 @ 02/25/2011 | | MO | Deposit | 200.00 | 207.09 | TERESA GUAJARDO |
| 03/01/2011 COMMISSARY PURCHASE | | CO | Withdrawal | -130.25 | 76.84 | COMMISSARY SUMMARY POS |
| 03/01/2011 | | PT | Withdrawal | -5.00 | 71.84 | PHONE TIME |
| 03/02/2011 COMMISSARY PURCHASE | | CO | Withdrawal | -4.00 | 67.84 | COMMISSARY SUMMARY POS |
| 03/04/2011 COMMISSARY PURCHASE | | CO | Withdrawal | -66.00 | 1.84 | COMMISSARY SUMMARY POS |
| 03/08/2011 | | WU | Deposit | 200.00 | 201.84 | LUIS CHAPA |

# MCRAE CORRECTIONAL FACILITY

Print Date: 8/16/2011
Print Time: 2:06:55PM

## ACCOUNT STATEMENT from 2/1/2011 to 8/16/2011

| Date | Description | Code | Type | Amount | Balance | Note |
|---|---|---|---|---|---|---|
| 03/08/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -61.70 | 140.14 | COMMISSARY SUMMARY POS |
| 03/08/2011 | | JN | Deposit | 15.96 | 156.10 | FEBRUARY WAGES |
| 03/09/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -5.25 | 150.85 | COMMISSARY SUMMARY POS |
| 03/16/2011 | | PO | Withdrawal | -26.00 | 124.85 | POSTAGE |
| 03/16/2011 | | PT | Withdrawal | -10.00 | 114.85 | PHONE TIME |
| 03/22/2011 | | PT | Withdrawal | -2.00 | 112.85 | PHONE TIME |
| 03/23/2011 | | PT | Withdrawal | -2.00 | 110.85 | PHONE TIME |
| 03/25/2011 | | PT | Withdrawal | -2.00 | 108.85 | PHONE TIME |
| 04/04/2011 | | PT | Withdrawal | -2.00 | 106.85 | PHONE TIME |
| 04/05/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -96.03 | 10.82 | COMMISSARY SUMMARY POS |
| 04/06/2011 | COMMISSARY REVERSAL | CRV | Withdrawal | 7.40 | 18.22 | COMMISSARY SUMMARY REV |
| 04/06/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -5.90 | 12.32 | COMMISSARY SUMMARY POS |
| 04/08/2011 | | PT | Withdrawal | -10.00 | 2.32 | PHONE TIME |
| 04/08/2011 | | JN | Deposit | 9.60 | 11.92 | MARCH WAGES |
| 04/12/2011 | | WU | Deposit | 200.00 | 211.92 | LUIS CHAPA |
| 04/12/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -93.83 | 118.09 | COMMISSARY SUMMARY POS |
| 04/13/2011 | | PT | Withdrawal | -2.00 | 116.09 | PHONE TIME |
| 04/18/2011 | | PT | Withdrawal | -3.00 | 113.09 | PHONE TIME |
| 04/19/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -53.20 | 59.89 | COMMISSARY SUMMARY POS |
| 04/20/2011 | | OT | Withdrawal | -5.75 | 54.14 | OTC MEDS |
| 04/20/2011 | COMMISSARY PURCHASE | CO | Withdrawal | 0.00 | 54.14 | COMMISSARY SUMMARY POS |
| 04/20/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -14.68 | 39.46 | COMMISSARY SUMMARY POS |
| 04/26/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -31.68 | 7.78 | COMMISSARY SUMMARY POS |
| 05/03/2011 | | PT | Withdrawal | -5.00 | 2.78 | PHONE TIME |
| 05/09/2011 | | JN | Deposit | 17.64 | 20.42 | April wages |
| 05/10/2011 @ 05/09/2011 | | MO | Deposit | 100.00 | 120.42 | Evelia Chapa |
| 05/11/2011 | COMMISSARY PURCHASE | CO | Withdrawal | -89.63 | 30.79 | COMMISSARY SUMMARY POS |

## MCRAE CORRECTIONAL FACILITY

Print Date: 8/16/2011
Print Time: 2:06:55PM

### ACCOUNT STATEMENT from 2/1/2011 to 8/16/2011

| Date | Type | | Amount | Balance | Description |
|---|---|---|---|---|---|
| 05/18/2011 COMMISSARY PURCHASE | CO | Withdrawal | -27.28 | 3.51 | COMMISSARY SUMMARY POS |
| 05/20/2011 COMMISSARY REVERSAL | CRV | Withdrawal | 27.28 | 30.79 | COMMISSARY SUMMARY REV |
| 05/27/2011 COMMISSARY PURCHASE | CO | Withdrawal | -10.70 | 20.09 | COMMISSARY SUMMARY POS |
| 06/07/2011 | JN | Deposit | 9.24 | 29.33 | MAY WAGES |
| 06/08/2011 COMMISSARY PURCHASE | CO | Withdrawal | -17.10 | 12.23 | COMMISSARY SUMMARY POS |
| 06/10/2011 | MO | Deposit | 100.00 | 112.23 | Evelia Chapa |
| 06/15/2011 COMMISSARY PURCHASE | CO | Withdrawal | -91.58 | 20.65 | COMMISSARY SUMMARY POS |
| 06/16/2011 COMMISSARY PURCHASE | CO | Withdrawal | -17.90 | 2.75 | COMMISSARY SUMMARY POS |
| 07/06/2011 | WU | Deposit | 100.00 | 102.75 | ADELINA CORTEZ |
| 07/06/2011 COMMISSARY PURCHASE | CO | Withdrawal | -97.48 | 5.27 | COMMISSARY SUMMARY POS |
| 07/07/2011 | JN | Deposit | 7.56 | 12.83 | JUNE WAGES |
| 07/11/2011 @ 07/08/2011 | MO | Deposit | 120.00 | 132.83 | Evelia Chapa |
| 07/13/2011 COMMISSARY PURCHASE | CO | Withdrawal | -131.63 | 1.20 | COMMISSARY SUMMARY POS |
| 08/08/2011 COMMISSARY PURCHASE | CO | Withdrawal | -1.00 | 0.20 | COMMISSARY SUMMARY POS |
| 08/09/2011 | JN | Deposit | 4.20 | 4.40 | JULY WAGES |
| 08/10/2011 | WU | Deposit | 200.00 | 204.40 | ADELINA CORTEZ |
| 08/10/2011 COMMISSARY REVERSAL | CRV | Withdrawal | 1.00 | 205.40 | COMMISSARY SUMMARY REV |
| 08/10/2011 COMMISSARY PURCHASE | CO | Withdrawal | -176.78 | 28.62 | COMMISSARY SUMMARY POS |

**SUMMARY OF TRANSACTIONS** 9.68

28.62 Ending Balance