FILED IN CHAMBERS
U.S.D.C. Rome

OCT 12 2011

JAMES N. _____, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

IVAN DEJESUS CHAPA,

    Defendant-Movant

CRIMINAL ACTION
NO. 1:05-CR-254-3

O R D E R

This matter comes before the court on defendant Ivan DeJesus Chapa's motions to proceed on his appeal *in forma pauperis* [Doc. No. 306 & 311]. Because the court concludes that the defendant Ivan DeJesus Chapa's appeal is taken in good faith and is not frivolous, the court GRANTS the defendant Ivan DeJesus Chapa's motions to proceed on his appeal *in forma pauperis* [Doc. No. 306 & 311].[1]

SO ORDERED, this 12TH day of October, 2011.

_____
ROBERT L. VINING, JR.
Senior United States District Judge

---

[1] In reaching this conclusion, the court also notes that it reviewed the financial records produced by defendant Ivan DeJesus Chapa, which reflect the defendant's eligibility to proceed on his appeal *in forma pauperis*.